

7196 9008 8180 0696 5786

**EXHIBIT 1**



## COMMONWEALTH of VIRGINIA
### Department of Motor Vehicles
2300 West Broad Street
April 28, 2021

**Richard D. Holcomb**
**Commissioner**

Post Office Box 27412
Richmond, VA 23269-0001

Virginia Credit Union
PO BOX 90010
Richmond, VA 23225

| Year | VIN | Vehicle Make | Title# |
|------|-----|--------------|--------|
| 2017 | 1FA6P8TH3H5276456 | FORD | 1404702075 |

Dear Virginia Credit Union:

The below business or individual requested that the Department of Motor Vehicles notify all owners and lienholders of the business's or individuals' intent to dispose of the above abandoned property. Our records indicate that you have a lien on the property. The *Virginia Code* (Sections 46.2-1202 through 46.2-1202.1) allows a business or individual to dispose of or sell any abandoned vehicle or manufactured home in its possession. You must reclaim and remove the abandoned property listed above on or before 05/17/21 to avoid it being sold to a third party or transferred to a demolisher. You should immediately contact the business or individual named below.

Shari Nelson
8000 Queen Scot Dr
Richmond, VA 23235
804-229-5860

If you have questions, please contact DMV customer service at 804-497-7100 (TDD devices: 1-800-828-1120) or visit the DMV website at www.dmvNOW.com.

Sincerely,

M. Lester
Director, Vehicle Services Administration
For:

Richard D. Holcomb
Commissioner, Virginia Department of Motor Vehicles

Lien Holder #: ELT31

AVP1

Phone: 804-497-7100

**EXHIBIT E**

Website: www.dmvNOW.com